IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGORY O. FANN, JR., | No. 4:23-CV-01787 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| BOBBY-JO SALAMON, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 21st day of November 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 47) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of defendants Bobbi Jo Salamon (incorrectly identified as "Bobby-Jo Salamon") and D. R. Davis and against plaintiff Gregory O. Fann, Jr., as to Fann's remaining Section 1983 claims of First Amendment retaliation.

3. The Clerk of Court is further directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge